UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE FRANK LANDOR** | **CIVIL ACTION** |
| **VERSUS** | **NOS. 08-4647,08-4648,**<br>**08-4662,08-4663,**<br>**08-4664,08-4690,**<br>**08-4691,08-4692** |
| **SHERIFF JACK STRAIN ET AL.** | **SECTION "B"(2)** |

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that all eight (8) of plaintiff's complaints referenced above asserting claims pursuant to 42 U.S.C. § 1983 are hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and pursuant to Heck v. Humphrey, 512 U.S. 477 (19940.

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in these Section 1983 complaints are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 17th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE